**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------ x
JOE HOWIE,                                             :
                                                       :
                Plaintiff,                             :   Case No. 1:25-cv-05973
                                                       :
        v.                                             :
                                                       :
ERNST & YOUNG LLP, ERNST & YOUNG                       :   Rule 7.1 Corporate Disclosure Statement
US LLP, AND ERNST & YOUNG GLOBAL                       :
LIMITED,                                               :
                                                       :
                Defendants.                            :
------------------------------------------------------ x
```

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Ernst & Young LLP states, through undersigned counsel, that it has no parent corporation and is a privately-owned limited liability partnership with no publicly issued stock.

Dated: July 25, 2025                    */s/ Eric G. Hoffman*

 

Eric G. Hoffman
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5000
Fax: (212) 839-5599
eric.hoffman@sidley.com

David A. Gordon (*pro hac vice* forthcoming)
Abigail B. Molitor (*pro hac vice* forthcoming)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036
dgordon@sidley.com
amolitor@sidley.com

*Attorneys for Defendants Ernst & Young LLP and Ernst & Young US LLP*