UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JOE HOWIE,                                          :   Civil Action No.: 1:25-cv-5973
                                                    :
                Plaintiff,              :
                                                    :   **JURY TRIAL DEMAND**
      -against-                              :
                                                    :
ERNST & YOUNG LLP, ERNST & YOUNG US    :
LLP, AND ERNST & YOUNG GLOBAL           :
LIMITED,                                            :
                                                    :
                Defendants.            :
                                                    :
                                                    :
-------------------------------------------------------------- X

        **PLEASE TAKE NOTICE**, that the undersigned demands a trial by jury in the above-entitled action on all issues of fact and damages set forth in the Complaint, pursuant to Federal Rules of Civil Procedure Rule 38.  See Dkt. No. 1.

Dated: July 29, 2025
       New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _____
    Michael J. Willemin
    Lawrence M. Pearson
    Daniel J. Altaras

85 Fifth Avenue
New York, NY 10003
Telephone:  (212) 257-6800
Facsimile:  (212) 257-6845
mwillemin@wigdorlaw.com
lpearson@wigdorlaw.com
daltaras@wigdorlaw.com

*Counsel for Plaintiff*