

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
+1 312 853 7000
+1 312 853 7036 FAX

+1 312 853 7159
DGORDON@SIDLEY.COM

August 1, 2025

**Via ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

RE: *Howie v. Ernst and Young LLP, et al.*; Case No. 1:25-cv-05973-RA

Dear Judge Abrams:

    We represent Defendants Ernst & Young LLP and Ernst & Young U.S., LLP (collectively, "EY US"). We write briefly in response to Plaintiff's July 29 letter (Dkt. 18). Plaintiff initially filed a letter-motion on July 22 (Dkt. 5), to which EY US and Ernst & Young Global Limited responded (Dkts. 10 & 13). We stand by the arguments and authorities set forth in our July 25 letter.

    The repeated letters on this topic only confirm that the items raised by Plaintiff would require substantial time and effort to properly resolve. As stated in our July 25 letter, we ask that the Court maintain the status quo and defer any decision regarding the sealing or unsealing of the limited redactions in the Complaint until motions to dismiss are resolved, the parties are afforded the opportunity to develop any necessary factual record, and the parties submit full briefing.

                                             Sincerely,

                                        */s/ David A. Gordon*

                                        David A. Gordon (pro hac vice pending)