**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x

JOE HOWIE,

        Plaintiff,

  v.

ERNST & YOUNG LLP, ERNST & YOUNG U.S. LLP, AND ERNST & YOUNG GLOBAL LIMITED,

        Defendants.

------------------------------------------------------- x

Case No. 1:25-cv-05973-RA

Hon. Ronnie Abrams

## DECLARATION OF DAVID A. GORDON IN SUPPORT OF DEFENDANTS ERNST & YOUNG LLP'S AND ERNST & YOUNG U.S. LLP'S MOTION TO DISMISS

DAVID A. GORDON submits this declaration pursuant to 28 U.S.C. § 1746 and declares under penalty of perjury that the following is true and correct:

1. I am an attorney admitted *pro hac vice* in the State of New York and a partner with the law firm Sidley Austin LLP, counsel of record to Defendants Ernst & Young LLP and Ernst & Young U.S. LLP (collectively, "EY US"). I submit this declaration in support of Defendants' Motion to Dismiss the Amended Complaint ("Motion") filed by Plaintiff Joe Howie (ECF No. 41).

2. Attached hereto as **Exhibit A** is a true and correct copy of Joe Howie's LinkedIn page, https://www.linkedin.com/in/joe-howie-78b870180, last visited October 9, 2025.

3. Attached hereto as **Exhibit B** is a true and correct copy of the EY US Partnership Agreement, dated December 23, 2023.

4. Attached hereto as **Exhibit C** is a true and correct copy of ███████████ FY20 Form 10-K, filed ███████████

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 13, 2025 in Chicago, Illinois.

/s/ *David A. Gordon*

David A. Gordon (*pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036
dgordon@sidley.com

*Attorney for Defendants Ernst & Young LLP and Ernst & Young U.S. LLP*

## CERTIFICATE OF SERVICE

I, David A. Gordon, hereby certify that on October 13, 2025, I caused a true and correct unredacted copy of the foregoing to be served via e-mail on the counsel of record for Joe Howie.

/s/ *David A. Gordon*

David A. Gordon (*pro hac vice*)