# EXHIBIT A

## Contact

www.linkedin.com/in/joe-howie-78b870180 (LinkedIn)

## Top Skills

Auditing
External Audit
SEC Financial Reporting

# Joe Howie

Former Partner at EY
Atlanta Metropolitan Area

## Experience

**EY**
35 years 5 months

Partner
June 1990 - Present (35 years 5 months)

Partner - Professional Practice Group
March 2009 - April 2025 (16 years 2 months)
Greater Atlanta Area

Working with EY's Global Professional Practice Group, co-founded and co-leading EY's Global Assurance Risk Center of Excellence (Risk COE) creating industry leading capabilities to identify fraud and key risk trends in the Assurance portfolio by leveraging new technology, including AI and machine learning to harness external data to improve both audit quality and Firm risk management.

A key driver of our efforts involves collaboration with external research specialists in the field, including from leading universities and the private sector, to gather the latest thinking. Also, I am leading global policy and process improvements over client and engagement acceptance and continuance, among other special projects related to quality and risk.

Prior roles include serving as a partner in EY's Region Professional Practice, National Accounting, and National Financial Services groups, covering consultation on matters of complex accounting, auditing, SEC reporting, fraud and cyber security intrusion investigations, structured finance, etc.

Have served on some of EY's largest audits, both domestic and international. Lived and worked with EY in Dallas, NY, Zurich, and Atlanta.

**Retired**
Retired
May 2025 - June 2025 (2 months)

---

## Education

University of Oklahoma

Bachelor of Accountancy, Accounting and Finance · (1987 - 1990)