

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60603
+1 312 853-7000
+1 312 853 7036 FAX

+1 312 853 7159
DGORDON@SIDLEY.COM



October 13, 2025

**Via ECF**

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

  Re: *Howie v. Ernst & Young LLP, et al.;* Case No. 1:25-cv-05973-RA
     Oral Argument Request

Dear Judge Abrams:

  Consistent with Paragraph 4(G) of the Court's Individual Rules & Practices in Civil Cases, Defendants Ernst & Young LLP and Ernst & Young U.S. LLP respectfully request oral argument on their Motion to Dismiss. *See* Dkt. 48.

     Respectfully submitted,


     /s/ *David A. Gordon*
     David A. Gordon (*pro hac vice*)
     Partner

v.