

**Michael Willemin**
mwillemin@wigdorlaw.com

October 17, 2025

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
500 Pearl Street, Room 2203
New York, NY 10007

    Re:    Joe Howie v. Ernst and Young LLP, *et al*.; Civil Case No. 1:25-cv-5973

Dear Judge Abrams:

We represent Plaintiff Joe Howie ("Plaintiff") and along with counsel for Defendants Ernst & Young LLP and Ernst & Young U.S. LLP (collectively, "EY US"), and counsel for Ernst & Young Global Limited (together with EY US, "Defendants"), jointly write to propose a briefing schedule for Defendants' motions to dismiss the Amended Complaint. The Parties propose the following agreed-upon briefing schedule for Defendants' motions to dismiss the Amended Complaint:

- Defendants Ernst & Young LLP's and Ernst & Young U.S. LLP's Motion to Dismiss: October 13, 2025 (already filed)
- Defendant Ernst & Young Global Limited's Motion to Dismiss: October 20, 2025
- Plaintiff's Oppositions to Defendants' Motions to Dismiss: November 24, 2025
- Defendants' Replies: December 19, 2025

We thank Your Honor for the Court's time and consideration in this matter.

Respectfully submitted,

Michael J. Willemin