LAW OFFICES

WILLIAMS & CONNOLLY LLP®

LORYN HELFMANN
(202) 434-5473
lhelfmann@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

October 20, 2025

**Via ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
400 Foley Square, Room 2203
New York, NY 10007

    Re: <u>Howie v. Ernst and Young LLP, et al.</u>, No. 1:25-cv-05973-RA-GS

Dear Judge Abrams:

    We represent Ernst & Young Global Limited ("EY Global"), a private UK company limited by guarantee. We write pursuant to Rule 4.G of the Court's Individual Rules to request oral argument on EY Global's Motion to Dismiss (Dkt. 55).

    Respectfully submitted,

    <u>/s/ Loryn Helfmann</u>
    Loryn Helfmann
    Steven M. Farina (*pro hac vice*)
    Adrienne E. Van Winkle (*pro hac vice*)
    Williams & Connolly LLP
    680 Maine Ave. SW
    Washington, DC 20024
    Tel: 202-434-5000
    lhelfmann@wc.com

    *Attorneys for Ernst & Young Global Limited*