IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOE HOWIE, | ) | CASE NO. 1:25-cv-05973 |
| | ) | |
| *Plaintiff,* | ) | JUDGE RONNIE ABRAMS |
| | ) | |
| v. | ) | |
| | ) | |
| ERNST & YOUNG LLP, et al., | ) | **MEMO ENDORSED** |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

**DEFENDANT ERNST & YOUNG GLOBAL LIMITED'S**
**MOTION TO CONTINUE SEALING DOCKET 82**

For the reasons set forth in the accompanying Memorandum, Defendant Ernst & Young

Global Limited ("EY Global"), by and through its undersigned counsel, respectfully moves this

Court to direct the Clerk to maintain Docket 82 under seal and permit EY Global to re-file Docket

82 with redactions of the allegations the Court has held are protected by the attorney-client

privilege. *See* Dkt. 86.

DATED:  March 30, 2026

Respectfully submitted,

*/s/ Loryn Helfmann*
Loryn Helfmann (Bar No. 5753611)
Steven Farina (*Pro Hac Vice*)
Adrienne Van Winkle (*Pro Hac Vice*)
Hallie Saunders (*Pro Hac Vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Ave. S.W.
Washington, DC 20024
New York, NY 10019
Tel.: (202) 434-5000
Fax: (202) 434-5029
Email: lhelfmann@wc.com

For matters in New York:

1

650 Fifth Avenue
Suite 1500
New York, NY 10019

*Counsel for Ernst & Young Global Limited*

Application granted. Ernst & Young Global Limited shall file the document at Docket No. 82 with redactions of the quotations of those portions of the Amended Complaint which the Court's March 26, 2026 Order (Dkt. No. 86) allowed to remain redacted.  The Clerk of Court is directed to maintain under seal the filing at Docket No. 82.  SO ORDERED.

Date: March 31, 2026

Gary Stein
United States Magistate Judge
Southern District of New York

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2026, a true and correct copy of the foregoing pleading was filed on the CM/ECF system, which will send notification of such filing to all parties and counsel in this case.

*/s/ Loryn Helfmann*
Loryn Helfmann

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOE HOWIE, | ) | CASE NO. 1:25-cv-05973 |
| | ) | |
| *Plaintiff*, | ) | JUDGE RONNIE ABRAMS |
| | ) | |
| v. | ) | |
| | ) | |
| ERNST & YOUNG LLP, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

**DEFENDANT ERNST & YOUNG GLOBAL LIMITED'S**
**MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE SEALING DOCKET 82**

On March 26, 2026, the Court granted in part and denied in part Plaintiff's motion to unseal the Amended Complaint, Dkt. 43-1, after Ernst & Young Global Limited ("EY Global")[1] asserted that certain allegations should be redacted because they are protected by the attorney-client privilege. *See* Dkt. 86. The Court held that the following allegations in Plaintiff's Amended Complaint are privileged and should remain redacted:

- The currently-redacted portion of ¶ 191
- All of ¶ 202
- All of ¶ 203
- The last two sentences of ¶ 208
- All of ¶ 211
- The first sentence of ¶ 214
- All of ¶¶ 254–260
- All of ¶ 262
- The currently-redacted bullet points in ¶ 318

*See* Dkt. 86 at 15–19.

The Court also directed the Clerk to unseal Docket 82, subject to EY Global requesting that Docket 82 remain under seal. *See* Dkt. 86 (directing Docket 82 "shall . . . remain under seal if a request for continued sealing is made" before March 31, 2026). Docket 82 contains a chart cataloguing the allegations in Plaintiff's currently-sealed Amended Complaint over which EY Global asserted attorney-client privilege. The chart contains a column, "Text of Current Redaction," that reproduces (word-for-word) the allegations in the Amended Complaint over which EY Global asserted privilege—including the allegations listed above that the Court has held are protected by the attorney-client privilege. *Id.*

EY Global accordingly moves for continued sealing of Docket 82. EY Global proposes to file on the public docket a redacted version of the chart at Docket 82, with the redactions limited

---

[1] Ernst & Young US LLP and Ernst & Young LLP ("EY US") also opposed unsealing the unredacted complaint.

to protect only the exact text of the Amended Complaint (detailed above) that the Court has held are protected by the attorney-client privilege. EY Global is not seeking reconsideration of the Court's order. EY Global moves to redact only the precise portions of Plaintiff's allegations that the Court has already held are subject to the attorney-client privilege, as those allegations are quoted verbatim in the sealed Docket 82.

For all the foregoing reasons, EY Global respectfully requests the Court direct the Clerk to maintain Docket 82 under seal and permit EY Global to re-file Docket 82 with the limited redactions specified above.

Dated: March 30, 2026

Respectfully submitted,

*/s/ Loryn Helfmann*

Steven Farina (*Pro Hac Vice*)
Adrienne Van Winkle (*Pro Hac Vice*)
Loryn Helfmann
WILLIAMS & CONNOLLY LLP
680 Maine Ave. S.W.
Washington, DC 20024
New York, NY 10019
Tel.: (202) 434-5000
Fax: (202) 434-5029
Email: lhelfmann@wc.com

For matters in New York:

650 Fifth Avenue
Suite 1500
New York, NY 10019

*Counsel for Ernst & Young Global Limited*

## CERTIFICATE OF COMPLIANCE WITH WORD-COUNT LIMITATION

I hereby certify, pursuant to Local Rule 7.1, that the attached Motion to Continue Sealing Docket 82 contains 377 words.

*/s/ Loryn Helfmann*
Loryn Helfmann

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2026, a true and correct copy of the foregoing pleading was filed on the CM/ECF system, which will send notification of such filing to all parties and counsel in this case.

/s/ Loryn Helfmann
Loryn Helfmann

4