SIDLEY

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60603
+1 312 853-7000
+1 312 853 7036 FAX

+1 312 853 7159
DGORDON@SIDLEY.COM

December 19, 2025

**<u>Via ECF</u>**

Hon. Gary Stein
500 Pearl Street, Room 702
United States Courthouse
New York, NY 10007

**MEMO ENDORSED**

Re: *Howie v. Ernst & Young LLP, et al.;* Case No. 1:25-cv-05973-RA
Oral Argument Request

Dear Judge Stein:

Consistent with Section III.F of the Court's Individual Practices in Civil Cases Before Magistrate Judge Gary Stein, Defendants Ernst & Young LLP and Ernst & Young U.S. LLP (collectively, "EY US") respectfully request oral argument on the pending sealing dispute, as articulated in EY US's Sealing Brief filed simultaneously with this letter.

Respectfully submitted,

<u>/s/ *David A. Gordon*</u>
David A. Gordon (*pro hac vice*)
Partner

In light of the Court's March 26, 2026 Order (Dkt. No. 86), this motion is hereby DENIED as moot. SO ORDERED.

Date: March 31, 2026

Gary Stein
United States Magistrate Judge
Southern District of New York