SIDLEY

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60603
+1 312 853-7000
+1 312 853 7036 FAX

+1 312 853 7159
DGORDON@SIDLEY.COM

April 1, 2026

**Via ECF**

Hon. Gary Stein
500 Pearl Street, Room 702
United States Courthouse
New York, NY 10007

Re: *Howie v. Ernst & Young LLP, et al.;* Case No. 1:25-cv-05973-RA-GS

Dear Judge Stein:

We represent Defendants Ernst & Young LLP and Ernst & Young U.S. LLP (collectively, "EY US"), and along with counsel for Ernst & Young Global Limited (together with EY US, "Defendants") and counsel for Plaintiff Joe Howie ("Plaintiff"), the parties jointly write to propose that they will refile the docket entries affected by the Court's March 26 Order by April 14, 2026, given the deadline set by the Court for EY US to refile any renewed motion to seal portions of the Partnership Agreement and the timing of the Passover and Easter holidays.

We thank the Court for its consideration of this matter.

Respectfully submitted,

/s/ *David A. Gordon*
David A. Gordon (*pro hac vice*)
Partner