# EXHIBIT A

***Howie v. Ernst & Young LLP, et al.***
**Exhibit A – EY Global's Privilege Assertions**

| ¶¶ | Alleged Participants | Privilege(s) Asserted | Description | Text of Current Redaction |
|---|---|---|---|---|
| 191 | Joe Howie; David Kane[1]; Mike Savage[2]; Steve Young[3] | Attorney-Client Privilege | Communications relating to request for and provision of legal advice by EY Global GCO relating to issues purportedly raised by Howie | [redacted] |
| 201 | Howie; Kane; Unspecified members of EY Global General Counsel's Office | Attorney-Client Privilege | Communications relating to request for legal advice from EY Global GCO relating to draft privileged presentation concerning media-scraping results | Around October 30, 2023, Howie emailed Kane a copy of his presentation. Howie initially marked the document as privileged. However, in 2024, after later considering that EY GCO had not engaged in any legal discussions with him about the content, and that the presentation did not involve legal advice or strategy, Howie removed the privilege designation. [*Privileged presentation is quoted in subsequent paragraphs of the Amended Complaint*] |
| 202 | Howie; Kane; Unspecified members of EY Global General | Attorney-Client Privilege | Communications relating to request for legal advice from EY Global GCO relating to | [redacted] |

[1] EY Global, Deputy Leader – Assurance

[2] EY Global, Forensic Leader and Co-Leader of EY Global Risk Center of Excellence

[3] EY Global, Deputy General Counsel

| | | | | |
|---|---|---|---|---|
| 203 | Counsel's Office | | draft privileged presentation concerning media-scraping results | [redacted] |
| 203 | Howie; Unspecified members of EY Global leadership; Unspecified members of EY Global General Counsel's Office | Attorney-Client Privilege | Communications relating to request for legal advice from EY Global GCO relating to draft privileged presentation concerning media-scraping results | [redacted]<br>• [*All eight bullets and the text are included in EY Global's assertion of privilege but omitted here for brevity.*] |
| 208 | Kurt Hohl[4]; Kane; Diane Larsen[5]; Jay Paulson[6]; Cheryl | Attorney-Client Privilege | Communications relating to request for and provision of legal advice by EY Global GCO | Howie included the examples, along with a draft policy and framework for evaluating high risk clients, in a presentation that he extensively reviewed in preparation for meetings with Kane, Watt and others in January 2022. The presentation reflected changes based on comments from Global GCO including Stephen |

[4] EY Global, Deputy Vice Chair – Professional Practice

[5] EY Global, Quality Enablement Leader

[6] EY Global, Professional Practice Director – Asia-Pacific Area

| | | | | |
|---|---|---|---|---|
| | Posten[7]; Savage; Catherine Vaughan[8]; Joe Watt[9]; Young | | relating to draft privileged presentation titled "Draft Proposed Strategy to Avoid Exposure to Clients Associated with Organized Crime or Criminal Activity" | Young ("Young") and Cheryl Posten ("Posten"), as well as Hohl, Paulson, Savage, Vaughan and Larsen. [redacted] |
| 211 | Hohl; Howie; Kane; Larsen; Paulson; Posten; Savage; Vaughan; Watt; Young | Attorney-Client Privilege | Communications relating to request for and provision of legal advice by EY Global GCO relating to draft privileged presentation titled "Draft Proposed Strategy to Avoid Exposure to Clients Associated with Organized Crime or Criminal Activity" | • [*All thirteen bullets and the text are included in EY Global's assertion of privilege but omitted here for brevity.*] |
| 212 | Hohl; Howie; Kane; Larsen; | Attorney-Client Privilege | Communications relating to request | The presentation prepared and discussed/raised by Howie in January 2022 with Watt and Vaughan and separately with Kane |

[7] EY Global, Non-Attorney Member of General Counsel's Office

[8] EY Global, Financial Crime and Global Compliance Leader

[9] EY Global, Risk Management Leader

| | | | | |
|---|---|---|---|---|
| | Posten; Savage; Vaughan; Watt; Young | | for and provision of legal advice by EY Global GCO relating to draft privileged presentation titled "Draft Proposed Strategy to Avoid Exposure to Clients Associated with Organized Crime or Criminal Activity" | and Hohl had been extensively reviewed before these meetings and reflected changes based on comments from Global GCO including Stephen Young ("Young") and Cheryl Poston ("Poston"), Hohl, Paulson, Savage, and Larsen. |
| 214 | Howie; Posten; Michael Solender[10]; Young | Attorney-Client Privilege | Communications relating to provision of legal advice by EY Global GCO relating to draft privileged presentation titled "Draft Proposed Strategy to Avoid Exposure to Clients Associated with Organized Crime or Criminal Activity" | [redacted] Solender did not seek to engage with Howie to better understand the concerns and seemed to ignore the fact that the current version of the presentation had already been reviewed and reflected comments from Young and Posten. Solender was not offering legal advice or any specific feedback or suggestions regarding Howie's presentation, but rather was essentially scolding or reprimanding Howie for his having raised such issues. This shows that Solender was aware of the issues and EY's conduct. Like others, Solender never reached out to discuss the issues with Howie or offer his support to ensure proper resolution. |

[10] EY Global, Vice Chair and General Counsel

| | | | | |
|---|---|---|---|---|
| 254 | Dante D'Egidio[11]; Howie; Kane; Josh Pater[12]; Young | Attorney-Client Privilege; Common-Interest Privilege | Communications relating to provision of legal advice by EY Global GCO and EY US GCO relating to Global Watch List | [redacted] |
| 255 | Young; Howie | Attorney-Client Privilege; Common-Interest Privilege | Communications relating to provision of legal advice by EY Global GCO relating to Global Watch List | [redacted] |

[11] EY US, Americas Vice Chair – Assurance

[12] EY US, Lead Counsel – Advice and Policy

| | | | | |
|---|---|---|---|---|
| 256 | Howie; Young | Attorney-Client Privilege; Common-Interest Privilege | Communications relating to provision of legal advice by EY Global GCO relating to Global Watch List | [redacted] |
| 257 | Howie; Kane; Young; Unspecified Members of EY US General's Office | Attorney-Client Privilege; Common Interest Privilege | Communications relating to provision of legal advice by EY Global GCO and EY US GCO relating to Global Watch List | [redacted] |
| 258 | Pater; D'Egidio; Laney Doyle[13]; Howie; Kane; Katrina Kimpel[14]; Joe McGrath[15]; Nancy | Attorney-Client Privilege; Common-Interest Privilege | Communications relating to provision of legal advice by EY Global GCO relating to Global Watch List | [redacted] |

[13] EY Global, Risk Oversight Leader

[14] EY US, Americas Vice Chair – Professional Practice

[15] EY US, Americas Director – Professional Practice

| | | | | |
|---|---|---|---|---|
| | Salisbury[16]; Savage; Eric Spiekman[17]; Mike Verbeck[18]; Young | | | [redacted] |
| 259 | Doyle; Howie; Savage | Attorney-Client Privilege; Common-Interest Privilege | Communications relating to provision of legal advice by EY Global GCO relating to Global Watch List | [redacted] |
| 260 | Doyle; Howie; Kane; Young | Attorney-Client Privilege; Common-Interest Privilege | Communications relating to provision of legal advice by EY Global GCO relating to Global Watch List | [redacted] |
| 262 | D'Egidio; Doyle; Howie; Kane; Pater; Spiekman; | Attorney-Client Privilege; Common- | Communications relating to provision of legal advice by EY | [redacted] |

[16] EY US, Americas Deputy Vice Chair – Professional Practice

[17] EY Global, Deputy Vice Chair – Professional Practice

[18] EY Global, Deputy Vice Chair – Assurance

| | | | | |
|---|---|---|---|---|
| | Verbeck; Young | Interest Privilege | Global GCO and EY US GCO relating to Global Watch List | [redacted] |
| 318 | D'Egidio; Howie; Pater; Posten; Solender; Young; Unspecified members of EY US and EY Global leadership | Attorney-Client Privilege; Common-Interest Privilege (for D'Egidio and Pater bullets) | Communications relating to request for and provision of legal advice by EY Global GCO and EY US GCO relating to privileged presentations and materials previously identified in Howie's Complaint | *[Paragraph 318 contains numerous sub-bullets. Within those bullets, EY Global asserts privilege over the text identified below. EY Global does not assert privilege over the individual bolded names, but includes them here for ease if reference.]*<br>• **Dante D'Egidio**: [redacted]<br>• **Diane Larsen:** [redacted]<br>• **Jay Paulson:** [redacted]<br>• **Josh Pater:** [redacted]<br>• **Michael Solender.** [redacted] |

| | | | | |
|---|---|---|---|---|
| | | | | [redacted]<br><br>• **Mike Savage**: [redacted] |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2026, a true and correct copy of the foregoing exhibit was filed on the CM/ECF system, which will send notification of such filing to all parties and counsel in this case.

*/s/ Loryn Helfmann*
Loryn Helfmann