

**Lawrence M. Pearson**
mwillemin@wigdorlaw.com

April 23, 2026

**VIA ECF**

**MEMO ENDORSED**

The Honorable Gary Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 702
New York, NY 10007-1312

       Re:     Joe Howie v. Ernst and Young LLP, *et al*.; Civil Case No. 1:25-cv-5973

Dear Judge Stein:

We represent Plaintiff Joe Howie ("Plaintiff") in connection with his claims against Ernst & Young LLP ("EY"), Ernst & Young U.S. LLP ("EY US"), and Ernst & Young Global Limited ("EY Global") (collectively, "Defendants").

Pursuant to Section III.H of the Court's Individual Practices in Civil Cases, and consistent with EY and EY US's disputed position that portions of the Partnership Agreement are privileged and/or confidential, Plaintiff respectfully requests leave to file his Memorandum in Opposition to EY and EY US's Motion to Seal Portions of the Partnership Agreement publicly with redactions. Further, Plaintiff respectfully requests leave to file an unredacted copy of his Opposition under seal pending resolution of the instant motion.

We thank Your Honor for the Court's time and consideration in this matter.

Respectfully submitted,

Lawrence M. Pearson

Application granted. Plaintiff may file his Memorandum in Opposition to EY US's Motion to Seal Portions of the Partnership Agreement publicly with redactions. Plaintiff may also file an unredacted copy of his Opposition under seal pending resolution of the instant motion. SO ORDERED.

Dated: April 27, 2026
   New York, New York

SO ORDERED:

_____
HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE