UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOE HOWIE,

Plaintiff,

v.

ERNST & YOUNG LLP, ERNST & YOUNG US LLP, and ERNST & YOUNG GLOBAL LIMITED,

Defendants.

25-CV-5973 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Oral argument on Defendants' motions to dismiss the First Amended Complaint will be held on August 31, 2026 at 2:00 p.m. at the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007. The Clerk of Court is respectfully directed to terminate the motions pending at Dkts. 53 and 58.

SO ORDERED.

Dated: July 21, 2026
New York, New York

Ronnie Abrams
United States District Judge