UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOE HOWIE,

Plaintiff,

v.

ERNST & YOUNG LLP, ERNST & YOUNG US LLP, and ERNST & YOUNG GLOBAL LIMITED,

Defendants.

25-CV-5973 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

For the reasons stated on the record at the hearing held on August 31, 2026, Ernst & Young LLP and Ernst & Young US LLP's motion to dismiss is granted. The Court grants Plaintiff leave to file a second amended complaint within thirty (30) days of the entry of this Order. As discussed at the hearing, if Plaintiff elects to amend, he shall clearly distinguish among the relevant Ernst & Young ("EY") entities and, with respect to each alleged report that he contends constituted protected activity under the Sarbanes-Oxley Act of 2002 ("SOX"), specify the conduct or concerns he reported, the public company to which the report related, which EY entity, if any, served as a contractor for that public company, to whom he made the report, and with which EY entity each recipient was affiliated. He shall also attempt to remedy all of the other deficiencies raised in Defendants' motion to dismiss.

The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 48.

SO ORDERED.

Dated: September 30, 2026
New York, New York

Ronnie Abrams
United States District Judge