UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOE HOWIE,

Plaintiff,

-against-

ERNST & YOUNG LLP, ERNST & YOUNG US LLP, AND ERNST & YOUNG GLOBAL LIMITED,

Defendants.

25 CIVIL 5973 (RA)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated September 30, 2026, EY Global's motion to dismiss is granted.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**