**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOE HOWIE,<br><br>Plaintiff,<br><br>v.<br><br>ERNST & YOUNG LLP, ERNST & YOUNG US LLP, AND ERNST & YOUNG GLOBAL LIMITED<br><br>Defendants. | Civil Action No.: 1:25-cv-05973-(RA) (GS)<br><br>**NOTICE OF APPEAL** |

**PLEASE TAKE NOTICE** that Plaintiff Joe Howie hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered on September 30, 2026, granting Defendant Ernst & Young Global Limited's motion to dismiss the Amended Complaint pursuant to Federal Rule of Civil Procedure 12 (see Dkt. Nos. 119-120).

Dated: October 13, 2026
New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: ______________________
Michael Willemin
Daniel Altaras

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
mwillemin@wigdorlaw.com
daltaras@wigdorlaw.com

*Counsel for Plaintiff*