WIGDOR.

MEMO ENDORSED

**Michael Willemin**
mwillemin@wigdorlaw.com

Application granted. Plaintiff shall confer with Defendants on the permissible scope of redactions and submit its finalized Second Amended Complaint by no later than November 18, 2026. SO ORDERED.

Date: November 4, 2026

Gary Stein
United States Magistrate Judge
Southern District of New York

October 30, 2026

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re: Joe Howie v. Ernst and Young LLP, *et al.*; Civil Case No. 1:25-cv-5973

Dear Judge Abrams:

We represent Plaintiff Joe Howie ("Plaintiff") in connection with his claims against Defendants Ernst & Young LLP and Ernst & Young US LLP (collectively, "Defendants"). Plaintiff respectfully requests leave, pursuant to Rule 5(A)(iii) of Your Honor's Individual Rules and Practices in Civil Cases, to temporarily file his Second Amended Complaint ("SAC") under seal, while the parties meet and confer about the redactions needed to comply with Magistrate Judge Stein's March 26, 2026, Opinion & Order. Dkt. No. 86. After that process is complete, Plaintiff will file a redacted SAC on the public docket. Counsel for Defendants consent to this request.

On March 26, 2026, Magistrate Judge Stein made paragraph-by-paragraph determinations of the material Defendants and EY Global claimed to be privileged, denying their requests in certain instances, and granting their requests in others. However, because the SAC restructures the allegations, the paragraphs covered by Magistrate Judge Stein's Order do not correspond with the paragraphs in the SAC. Plaintiff has applied redactions in good faith, consistent with Magistrate Judge Stein's ruling. Nevertheless, Plaintiff believes the more efficient course is to give Defendants and EY Global a chance to review the SAC before it is filed publicly, so that any disagreement about the scope of the permitted redactions can be resolved before unnecessary motion practice.

Therefore, Plaintiff respectfully requests that the Court grant Plaintiff leave to file the unredacted SAC under seal, and to file a redacted version of the SAC on the public docket after Plaintiff has conferred with Defendants and EY Global regarding the redactions necessary to comply with Magistrate Judge Stein's Order. For the avoidance of doubt, this request is not a concession that any allegation in the SAC is privileged or confidential.

We thank Your Honor for the Court's time and consideration in this matter.

Respectfully submitted,

Michael J. Willemin